# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  DEREK H WALKER II  § § § § § § §   Case No.: 09-12445
KATHLEEN V WALKER

Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/08/2009.

2) This case was confirmed on 06/25/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/25/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/02/2010, 06/10/2010.

5) The case was dismissed on 07/15/2010.

6) Number of months from filing to the last payment: 11

7) Number of months case was pending: 19

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  35,550.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 13,540.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 13,540.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,350.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 919.51 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,269.51 |
| Attorney fees paid and disclosed by debtor | $ 1,150.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAS SERVICING C | SECURED | 104,000.00 | 116,851.63 | .00 | .00 | .00 |
| AMERICAS SERVICING C | SECURED | NA | 30,367.95 | 1,747.67 | 1,747.67 | .00 |
| AMERICAS SERVICING C | UNSECURED | 16,215.00 | NA | NA | .00 | .00 |
| AMERICAS SERVICING C | SECURED | 30,433.00 | 30,459.38 | .00 | .00 | .00 |
| AMERICAS SERVICING C | SECURED | NA | 3,889.39 | 221.65 | 221.65 | .00 |
| AMERICAS SERVICING C | OTHER | NA | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 6,660.00 | 9,014.24 | 6,660.00 | 4,472.13 | 189.06 |
| AMERICREDIT FINANCIA | UNSECURED | 3,155.00 | .00 | 2,354.24 | .00 | .00 |
| CONDOR CAPITAL CORP | SECURED | 9,765.00 | 22,720.69 | 22,720.69 | 2,691.74 | 948.24 |
| CONDOR CAPITAL CORP | UNSECURED | 13,626.00 | NA | NA | .00 | .00 |
| FREEDMAN ANSELMO LIN | OTHER | .00 | NA | NA | .00 | .00 |
| LANDESAMT FUR FINANZ | PRIORITY | 8,839.52 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,442.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 484.00 | NA | NA | .00 | .00 |
| CASH FIRST LLC | UNSECURED | 670.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 384.00 | 384.28 | 384.28 | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 691.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| CASH DIRECT NOW.COM | UNSECURED | 569.25 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 1,349.00 | 1,349.12 | 1,349.12 | .00 | .00 |
| FOOT AND ANKLE CARE | UNSECURED | 1,735.00 | 1,954.04 | 1,954.04 | .00 | .00 |
| CHASE STUDENT LOAN S | UNSECURED | 1,912.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 906.00 | 3,184.16 | 3,184.16 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 1,303.00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 249.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 213.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 153.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| EMERGE CARE & HEALTH | UNSECURED | 47.30 | NA | NA | .00 | .00 |
| THE NEW COLONIES | UNSECURED | 1,823.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 605.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 480.00 | 480.61 | 480.61 | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 1,467.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 436.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 318.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 616.26 | NA | NA | .00 | .00 |
| IL DESIGNATED | UNSECURED | 3,828.00 | NA | NA | .00 | .00 |
| IL DESIGNATED | UNSECURED | 1,884.00 | NA | NA | .00 | .00 |
| IMPACT CASH FIRST | UNSECURED | 670.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 333.91 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 439.19 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,400.00 | 3,555.97 | 3,555.97 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 260.00 | 320.00 | 320.00 | .00 | .00 |
| MONEY & MOREINC | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 493.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 510.00 | 510.00 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 343.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 229.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INGALLS MEMORIAL HOS | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 141.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 141.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 138.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 138.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 129.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| JD MARKETING GROUP | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 350.00 | 350.00 | 350.00 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | 345.00 | 345.29 | 345.29 | .00 | .00 |
| NICOR GAS | UNSECURED | 874.00 | 1,171.33 | 1,171.33 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 641.00 | 605.20 | 605.20 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 603.00 | 564.81 | 564.81 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 500.00 | 500.00 | .00 | .00 |
| BRITTANY WOODS | UNSECURED | 2,725.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 11,954.00 | 12,189.69 | 12,189.69 | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 2,363.55 | NA | NA | .00 | .00 |
| STERLING & KING | UNSECURED | .00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,500.00 | 1,676.04 | 1,676.04 | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | 805.00 | NA | NA | .00 | .00 |
| USA CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHRISTINE M WALKER | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | NA | 172.00 | 172.00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | .00 | .00 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NA | 2,074.05 | 2,074.05 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 436.45 | 436.45 | .00 | .00 |
| ISAC | UNSECURED | NA | 5,826.98 | 5,826.98 | .00 | .00 |
| CBCS | UNSECURED | NA | 1,552.98 | 1,552.98 | .00 | .00 |
| AMERICAS SERVICING C | UNSECURED | 30,433.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 463.80 | 463.80 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 1,361.61 | 1,361.61 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,969.32 | 1,969.32 | .00 |
| Debt Secured by Vehicle | 29,380.69 | 7,163.87 | 1,137.30 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 31,350.01 | 9,133.19 | 1,137.30 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 43,382.65 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,269.51 |
| Disbursements to Creditors | $ | 10,270.49 |
| **TOTAL DISBURSEMENTS:** | $ | 13,540.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/28/2010                                              /s/ Tom Vaughn
                                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**